146 So. 916

**Walter ALEXANDER v. STATE.**
I Div. 116.

Court of Appeals of Alabama.
March 21, 1933.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

140 So. 923

**Lorenzo, alias Lon, ALLEN v. STATE.**
4 Div. 900.

Court of Appeals of Alabama.
April 5, 1932.

RICE, J.
Affirmed.

145 So. 915

**Tom ALLEN, alias J. M. Morgan, v. STATE.**
7 Div. 985.

Court of Appeals of Alabama.
Jan. 31, 1933.

RICE, J.
Appeal dismissed.

150 So. 921

**Y. J. ALLEN v. STATE.**
4 Div. 989.

Court of Appeals of Alabama.
Nov. 21, 1933.

RICE, Judge.
Affirmed.

146 So. 916

**John ALVIS, alias Alverson, v. STATE.**
8 Div. 589.

Court of Appeals of Alabama.
Feb. 7, 1933.

RICE, Judge.
Affirmed.

141 So. 919

**AMERICAN AGRICULTURAL CHEMICAL CO. v. J. F. B. LOWERY.**
3 Div. 713.

Court of Appeals of Alabama.
May 12, 1932.

PER CURIAM.
Appeal dismissed.

144 So. 917

**James ANDERSON v. STATE.**
5 Div. 876.

Court of Appeals of Alabama.
Nov. 29, 1932.

BRICKEN, P. J.
Appeal dismissed.

147 So. 921

**Ruth ANDERSON v. STATE.**
4 Div. 964.

Court of Appeals of Alabama.
April 4, 1933.

BRICKEN, Presiding Judge.
Appeal dismissed.